**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

James Steven Gates
Morrow, Gates, & Morrow
P. O. Drawer 219
Opelousas LA 70571-0219

Kevin Paul Tauzin
Attorney at Law
1228 Camelia Blvd., Suite A
Lafayette LA 70508


**REHEARING ACTION: July 17, 2013**


**Docket Number: 12   00875-CA**

**MELISSA DORE, ET AL.**
**VERSUS**
**MITSUI SUMITOMO INS., USA, INC., ET AL.**

**Appealed from St. Landry Parish Case No. 08-C-1875-D**


**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. J. David Painter**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**
    **Hon. John E. Conery**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Melissa Dore, et al.** has this day been

    **DENIED.**
    Saunders, J., would grant rehearing and en banc request.
    Keaty, J., would grant rehearing and deny en banc request.


cc: David Ross Frohn, Counsel for the Appellee